IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Honest Tax LLC, et al.,<br><br>　　　　　Defendants. | No. CV-22-02120-PHX-SMB<br><br>**ORDER** |

　　　The Court having considered Plaintiff's Motion to File First Amended Complaint (Doc. 17),

　　　**IT IS ORDERED** the Motion is granted.  Plaintiff shall file the first Amended Complaint by **February 8, 2023**.

　　　**IT IS FURTHER ORDERED** directing the Clerk of Court to issue the requested summons after the First Amended Complaint is filed.

　　　Dated this 3rd day of February, 2023.

_____
Honorable Susan M. Brnovich
United States District Judge