IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | No. CV-22-02120-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Honest Tax LLC, et al., | |
| Defendants. | |

Pursuant to the Stipulation to Extend Time to Respond to Plaintiff's First Amended Complaint (Doc. 24),

**IT IS HEREBY ORDERED** that Defendants shall have until **March 29, 2023** to respond to the first amended complaint.

Dated this 22nd day of February, 2023.

Honorable Susan M. Brnovich
United States District Judge