Douglas H. Allsworth #017104
KUTAK ROCK LLP
8601 N. Scottsdale Road, Suite 300
Scottsdale, AZ 85253
Telephone: (480) 429-5000
e-Mail: doug.allsworth@kutakrock.com

*Attorneys for Defendants*
*Honest Tax LLC, Matthew Levy & Vanessa Oakes*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>    Plaintiff,<br><br>v.<br><br>Honest Tax, LLC (a Nevada Entity);<br>Honest Tax, LLC (a California Entity);<br>Matthew Levy; Jonathan Pineda; and<br>Vanessa Oakes,<br><br>    Defendants. | Case No. 2:22-cv-02120-SMB<br><br>**DEFENDANT HONEST TAX, LLC'S (A CALIFORNIA ENTITY) CORPORATE DISCLOSURE STATEMENT**<br><br>Judge:  Hon. Susan M. Brnovich |

This Corporate Disclosure Statement is filed on behalf of Defendant Honest Tax, LLC (a California Entity) Insurance Company, a California corporation, in compliance with the provisions of: *(check one)*

☒ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

\_\_\_\_\_ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a

statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    \_\_\_\_\_ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

***The filing party hereby declares as follows:***

☒      No such corporation.

☐      Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

    _____ Relationship: _____

☐      Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____Relationship

_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

DATED: March 29, 2023          Respectfully submitted,

**KUTAK ROCK LLP**

By */s/ Douglas H. Allsworth*
Douglas H. Allsworth
London A. Burns
8601 North Scottsdale Road, Suite 300
Scottsdale, Arizona 85253-2742

*Attorneys for Defendants
Honest Tax LLC, Matthew Levy &
Vanessa Oakes*

# CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2023, I electronically filed the foregoing **DEFENDANT HONEST TAX, LLC'S (A CALIFORNIA ENTITY) CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following CM/ECF registrants and mailed and emailed to anyone not registered:

> Jason Crews
> 164 W. Laurel Ct.
> Gilbert, AZ 85233
> Jason.crews@gmail.com
> 602-295-1875
> Plaintiff in pro per

By   */s/ Regina Smith*