# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | No. CV-22-02120-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Honest Tax LLC, et al., | |
| Defendants. | |

Pending before the Court Plaintiff Jason Crews' Motion/Application for Subpoenas Duces Tecum. (Doc. 31.) Plaintiff filed the First Amended Complaint on February 3, 2023, adding three new defendants including Jonathan Pineda. (Doc. 19.) The Clerk of Court issued a Summons for Pineda on February 6, 2023. (Doc. 20-1.) Crews filed the Motion on April 7, 2023, just less than one month before the May 4, 2023 deadline to serve Pineda expired. (*See* Doc. 31); *see also* Fed. R. Civ. P. 4(m) (providing plaintiffs with 90 days to serve defendants after filing a complaint). Crews thus asked for the Court's permission to serve third party subpoenas, in an effort to determine Pineda's location, before the deadline for service elapsed. (*See* Docs. 30; 30-1.) None of the Defendants have objected.

In his Motion, Crews outlined the efforts he has taken to serve Pineda and the six third parties that may know his address. (Doc. 31 at 2–3.) The Court will grant the Motion to the extent that it directs the Clerk of Court to issue Crews six (6) subpoenas duces tecum to discover Pineda's service addresses. Those six subpoenas shall be addressed to the six

third parties identified in the Motion.  (*Id.*)

Accordingly,

**IT IS ORDERED** granting Plaintiff Jason Crews' Motion/Application for Subpoenas Duces Tecum.  (Doc. 31.)

**IT IS FURTHER ORDERED** directing the Clerk of Court to issue the proposed subpoenas.

**IT IS FURTHER ORDERED** extending the deadline for effecting service of process on Defendant Jonathan Pineda to **July 3, 2023**.

Dated this 5th day of June, 2023.

_____
Honorable Susan M. Brnovich
United States District Judge