# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | No. CV-22-02120-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Honest Tax LLC, et al., | |
| Defendants. | |

The Court has reviewed Plaintiff's Second Ex Parte Application for Subpoenas Duces Tecum to Determine Location Where Defendant Jonathan Pineda Can Be Served (Doc. 34) and Plaintiff's Fourth Ex Parte Application for Subpoenas Duces Tecum to Determine Location Where Defendant Jonathan Pineda Can Be Served (Doc. 36),

**IT IS ORDERED** granting Plaintiff's Applications (Docs. 34 and 36).

**IT IS FURTHER ORDERED** directing the Clerk of Court to issue the proposed subpoenas.

The Court has also reviewed Plaintiff's Second Ex Parte Application for Subpoenas Duces Tecum to Determine Location Where Defendant Jonathan Pineda Can be Served (Doc. 35). The Motion explains why he is requesting amended subpoenas to Wix.com, AT&T, and Verizon. However, the proposed subpoena attached is for GoDaddy. There is no justification given to subpoena GoDaddy. Therefore,

…

…

**IT IS ORDERED** denying Plaintiff's Second Ex Parte Application (Doc. 35).

Dated this 20th day of June, 2023.

_____
Honorable Susan M. Brnovich
United States District Judge