1

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                        **FOR THE DISTRICT OF ARIZONA**

8

9   Jason Crews,                                No. CV-22-02120-PHX-SMB

10                    Plaintiff,                 **ORDER**

11  v.

12  Honest Tax LLC, et al.,

13                    Defendants.

14

15          The Court having considered Plaintiff's Motion to Withdraw Plaintiff's Third, and

16  Fourth Ex Parte Application for Subpoenas Duces Tecum to Determine Location Where

17  Defendant Jonathan Pineda Can be Served (Doc. 40)

18          **IT IS ORDERED** granting the Motion and withdrawing Docs. 35 and 36.

19          Dated this 29th day of June, 2023.

20

21

22

23                              Honorable Susan M. Brnovich
                                United States District Judge

24

25

26

27

28