# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>    Plaintiff,<br><br>v.<br><br>Honest Tax LLC, et al.,<br><br>    Defendants. | No. CV-22-02120-PHX-SMB<br><br>**ORDER** |

The Court has considered Plaintiff's Motion for Consolidation (Doc. 27).

**IT IS ORDERED** granting the Motion.

**IT IS FURTHER ORDERED** that *Crews v. National Tax Advisory Services LLC et al.* Case No. 2:23-cv-00250-DLR, be CONSOLIDATED for all purposes with *Crews v. Honest Tax LLC et al.* Case No. 2:22-cv-02120-SMB.

**IT IS FURTHER ORDERED** that all future filings be filed under Case No. 2:22-cv-02120-SMB.

Dated this 10th day of July, 2023.

*/s/ Susan M. Brnovich*
Honorable Susan M. Brnovich
United States District Judge