# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>             Plaintiff,<br><br>v.<br><br>Honest Tax LLC, et al.,<br><br>             Defendants. | No. CV-22-02120-PHX-SMB<br><br>**ORDER SETTING TELEPHONIC SETTLEMENT CONFERENCE** |

This case has been referred to United States Magistrate Judge Eileen S. Willett for a settlement conference (Doc. 60). **Plaintiff and counsel need not jointly call Chambers.** The Court sets this matter for the next available date/time on the calendar. The purpose of the settlement conference is to facilitate resolution of the referenced case.

Rule 408, Federal Rules of Evidence, applies to all aspects of the settlement conference. All communications and information exchanges made in the settlement process, not otherwise discoverable, will not be admissible in evidence for any purpose. At the conclusion of the settlement conference, all documents submitted by the parties shall be returned, destroyed, or otherwise disposed of in the manner directed by the settlement judge.

Pursuant to Rule 16, Federal Rules of Civil Procedure, and 28 U.S.C. §473(b)(5),

**IT IS ORDERED THAT:**

1. A Telephonic Settlement Conference shall be held before United States Magistrate Judge Eileen S. Willett on **December 12, 2023 at 9:30 a.m.** The Telephonic

Settlement Conference shall continue until concluded by the Court. For the general session, please use the following call-in information: Phone Number: (866) 390-1828; Access code: 9558982. The Telephonic Settlement Conference shall continue until concluded by the Court.

2. Sanctions may result, including possible dismissal of the case, if a party fails to:

- Appear for the Telephonic Settlement Conference or as otherwise set forth in this order;
- Participate in good faith at the Telephonic Settlement Conference;
- Timely submit the Confidential Settlement Statement attached hereto; OR
- Comply with any other portion of this order.

3. Plaintiff shall be telephonically present at the Telephonic Settlement Conference. Defendants shall be telephonically present at the Telephonic Settlement Conference.

4. A corporation, association, partnership, business entity, organization, governmental agency, or political body shall telephonically appear through a representative having full binding settlement authority in addition to counsel.[1]

5. Plaintiff and counsel who will be responsible for trial of the lawsuit for each party shall telephonically appear and participate in good faith at the Settlement Conference.

6. Each party (i.e. each separately represented party and each unrepresented party)

---

[1] "Full binding settlement authority" within this Order means that the individual appearing for or on behalf of the Defendant(s) shall have the express authority and discretion to authorize payment to, or accept the terms of, Plaintiff's last settlement demand.

shall submit a completed settlement statement form and signed mediation ground rules form (copies are attached for your use). The statement shall be **emailed to Chambers** (willett_chambers@azd.uscourts.gov), and it must be received by United States Magistrate Judge Eileen S. Willett on or before **December 5, 2023.**

7. If a party believes that the Telephonic Settlement Conference would be a futile act[2] resulting in economic waste inconsistent with Rule 1, Fed. R. Civ. P., the party shall file a notice with the Court **no later than fourteen (14) days** after the date of this Order. The party shall also provide a copy of the notice to Magistrate Judge Eileen S. Willett's chambers. The notice shall explain in detail why the party believes the Telephonic Settlement Conference would not be an efficient use of time and resources of the parties and the Court. Upon receiving the notice, the Court may arrange a telephonic conference with counsel to discuss whether the Settlement Conference, or another form of alternative dispute resolution, would help move the case towards resolution.

8. Failure to timely file the notice described in the preceding paragraph constitutes a party's acknowledgment and agreement that there is a reasonable, good faith opportunity to resolve the case at the Telephonic Settlement Conference.

**IT IS FURTHER ORDERED** that Plaintiff shall appear telephonically at the Settlement Conference set on **December 12, 2023 at 9:30 a.m.** Please use the following call-in information: Phone Number: (866) 390-1828; Access code: 9558982. The Settlement Conference shall continue until concluded by the Court.

**IT IS FURTHER ORDERED** that counsel for the Defendant, Defendants, and Defendant representative(s), if needed, shall appear telephonically at the Settlement Conference set on **December 12, 2023 at 9:30 a.m.** Please use the following call-in information: Phone Number: (866) 390-1828; Access code: 9558982. In addition, counsel for Defendants shall provide to Chambers one phone number where counsel,

---

[2] A settlement conference may be deemed a futile act, for example, when a party or insurer adopts a position from which that party or insurer refuses to deviate.

- 3 -

Defendants, and Defendant representative(s), if needed, may be reached all morning to enable private caucusing among the parties and the Magistrate Judge. Contact information should be emailed to Judge Willett's Chambers (willett_chambers@azd.uscourts.gov) no later than three business days prior to the Telephonic Settlement Conference. The Settlement Conference shall continue until concluded by the Court.

Dated this 30th day of October, 2023.

*[signature]*

Honorable Eileen S. Willett
United States Magistrate Judge

## CONFIDENTIAL SETTLEMENT STATEMENT

IN RE: CV-

**THIS DOCUMENT IS CONFIDENTIAL AND SHOULD BE SENT DIRECTLY TO THE SETTLEMENT CONFERENCE JUDGE, HON. EILEEN S. WILLETT, UNITED STATES DISTRICT COURT, 401 WEST WASHINGTON STREET, SUITE 321, SPC 13, PHOENIX, AZ 85003.  THIS DOCUMENT SHALL NOT BE SERVED ON THE OPPOSING PARTY NOR FILED WITH THE CLERK OF THE COURT.   THIS DOCUMENT WILL BE DESTROYED AT THE CONCLUSION OF THE SETTLEMENT CONFERENCE PROCEEDINGS.  NO REFERENCE TO THIS DOCUMENT OR ITS CONTENTS SHALL BE MADE IN ANY MOTIONS, BRIEFS OR OTHER DOCUMENTS FILED IN THIS CASE. THIS DOCUMENT SHALL BE INADMISSABLE IN EVIDENCE IN ANY JUDICIAL PROCEEDING.**

PARTY SUBMITTING STATEMENT:

NAME OF ATTORNEY SUBMITTING STATEMENT:
(OR PARTY IF UNREPRESENTED BY COUNSEL)

ADDRESS:


PHONE:

FAX:

## FACTS

Give a brief statement of the undisputed facts. Give a brief statement of the disputed facts.

## ISSUES

List all issues to be negotiated:

## HISTORY

Give a chronology of significant events involving any prior settlement discussions and mediations attended, including each offer or demand made.

## CASE ANALYSIS: Yours

Describe from your perspective the strengths and weaknesses of your case:

## CASE ANALYSIS: Theirs

Describe from their perspective the strengths and weaknesses of their case:

## CRITERIA:

List the criteria you will use to decide if a proposal is acceptable:

List the criteria you believe they will use to decide if a proposal is acceptable:

OPTIONS:

Generate a list of possible options for each issue to be negotiated.

| ISSUES | OPTIONS |
|---|---|
|  |  |
|  |  |
|  |  |

ANY OTHER INFORMATION THAT YOU FEEL WOULD HELP THE SETTLEMENT CONFERENCE JUDGE:

DATED this _____ day of _____, 20__.

Signature of Counsel or Party

**Please use the format provided to answer the questions posed.  Please be courteous and reasonable in the length of your responses.**

# Ground Rules

***I agree to comply with the following ground rules while participating in my settlement conference:***

- I will keep an open mind today.  I recognize that I am here to collaborate and attempt to resolve my issues.  I will create any agreements reached.  I will make any decisions myself.
- I will be creative.  I will consider all ideas presented and share any ideas I have.
- I will be courteous to all participants and respectful of the process.  I will not curse, yell, or call people names.
- I will not interrupt when others are speaking. I will listen.
- I will not multitask during my conference.
- I will be patient.  I know that great ideas require time and effort.
- I commit to participate in good faith today.
- I will maintain the confidentiality of this process.  I will not record any portion of the conference.

Dated this _____day of _____, 20__.


Plaintiff:                                              Defendant:


Plaintiff's Counsel:                            Defendant's Counsel:


Settlement Judge: