**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jason Crews, | No. CV-22-02120-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Honest Tax LLC, et al., | |
| Defendants. | |

The Court having considered Plaintiff's Motion for Leave to File Third Amended Complaint (Doc. 58),

**IT IS ORDERED** the Motion is granted.

**IT IS FURTHER ORDERED** that Plaintiff file the Third Amended Complaint by no later than **November 9, 2023**.

**IT IS FURTHER ORDERED** the Clerk of Court issue the summons as proposed.

Dated this 6th day of November, 2023.

_____
Honorable Susan M. Brnovich
United States District Judge