1  DOUGLAS H. ALLSWORTH #017104
   TYLER MILLIRON #036204
2  KUTAK ROCK LLP
   Suite 300
3  8601 North Scottsdale Road
   Scottsdale, AZ  85253-2738
4  (480) 429-5000
   doug.allsworth@kutakrock.com
5  tyler.milliron@kutakrock.com

6  *Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| JASON CREWS, an individual, | Case No. 2:22-cv-02120-SMB |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Honest Tax, LLC (a Nevada Entity); | Judge:  Hon. Susan M. Brnovich |
| Honest Tax, LLC (a California Entity); | |
| National Tax Advisory Services, LLC; | |
| Tax Advocate Group, LLC; | |
| Matthew Levy; | |
| Jonathan Pineda; | |
| Vanessa Oakes; | |
| Defendants. | |

Defendants Honest Tax LLC, a Nevada Limited Liability Company, Honest Tax LLC, a California entity, National Tax Advisory Services, LLC, Tax Advocate Group, LLC, Matthew Levy, Jonathan Pineda, and Vanessa Oakes (collectively, "Defendants") hereby notify this Honorable Court that Defendants and Plaintiff Jason Crews have reached an agreement in principle to settle this case (following the parties' December 12, 2023 Settlement

Conference before Magistrate Judge Eileen S. Willett). The parties are working cooperatively to consummate a long-form settlement agreement; and they anticipate filing a Stipulation for Dismissal with Prejudice by January 26, 2024.

Respectfully submitted this 13th day of December, 2023.

KUTAK ROCK LLP

By: */s/ Douglas H. Allsworth*
Douglas H. Allsworth
8601 N. Scottsdale Road, Suite 300
Scottsdale, AZ 85253

*Attorney for Defendants*

4857-2165-4423.1

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2023, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following CM/ECF registrants and emailed to anyone not registered:

Jason Crews
164 W. Laurel Ct.
Gilbert, AZ 85233
Jason.crews@gmail.com
602-295-1875
Plaintiff *in pro per*

By   */s/ Regina Smith*

3

4857-2165-4423.1