# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | No. CV-22-02120-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Honest Tax LLC, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Motion to Reverse the December 15, 2023, order (Doc. 80) and Compel Parties to Appear Before Magistrate Willett for Alternative Dispute Resolution or to Set this Matter for Trial (Doc. 81).  Defendants have filed a response (Doc. 82) and no reply has been filed.  Plaintiff asks this Court to reopen the case despite there being a fully executed settlement agreement.  In his motion, Plaintiff complains that Defendants have not fulfilled their obligations under the agreement, but he does not explain how.  Defendants have avowed that they intend to fulfill their obligations.  Therefore, the Court finds no basis to reopen this case.

**IT IS ORDERED** denying Plaintiff's Motion (Doc. 81).

**IT IS FURTHER ORDERED** dismissing this action with prejudice and directing the Clerk of Court to terminate this case.

Dated this 20th day of February, 2024.

Honorable Susan M. Brnovich
United States District Judge